UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE MOISES NOLASCO-ALEMAN,

*Petitioner*,

v.

KEN GENALO, *et al.,*

*Respondents*.

Case No. 26 Civ. 03812

**DECLARATION OF
DEPORTATION OFFICER
DMITRY ROUSSEAU**

Pursuant to 28 U.S.C § 1746, I, Dmitry Rousseau, declare under penalty of perjury that the following is true and correct:

1.      I am a Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").  I started as a Deportation Officer on December 15th 2025. I am familiar with certain DHS procedures relating to the processing, removal, detention, and parole of aliens.

2.      I have access to DHS and ICE files, records, and databases maintained in the ordinary course of DHS and ICE business as a regular practice. These records and databases were prepared at or near the time of the events detailed therein and were prepared by individuals who either prepared at or near the time of the events detailed therein and were prepared by individuals who either had personal knowledge of the information contained therein or were provided with information from an individual with personal knowledge of that information.

3.      Based upon my review of these records and databases, and my personal knowledge, I have prepared this declaration in connection with the Petition for a Writ of Habeas Corpus

1

("Petition") filed by Petitioner Jose Moises Nolasco-Aleman ("Petitioner"), a native and citizen of El Salvador, who is assigned Alien Number 209 484 551.

4. Petitioner was detained pursuant to 8 U.S.C. §1226(a) at Nassau County ICE Intake facility since June 24, 2026, at 10:35 AM until 1:00 PM.

5. Petitioner was transferred at 1:20 PM to Nassau County Correction Center until June 26, 2026, at 10:30 PM, until he was transferred to Orange County Jail. He will remain at Orange County Jail until Tuesday, June 30, where he will be produced for an in person hearing at 1 p.m. Courtroom 1040 in Central Islip.

6. On June 25, 2026, at the Court issued a text order prohibiting the transfer of Petitioner from the state of New York or New Jersey. On June 25, 2026, ERO was notified of the Court's text order.

7. On June 27, 2026, at, an Order to Answer was issued ordering that a declaration be filed by ICE on June 27, 2026.

8. On June 27, 2026, ERO received written legal advice from the United States Attorney's Office on the subject of ICE's obligation to comply with the order. Pursuant to the authority of 28 U.S.C. § 1746, I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from individuals employed by ICE.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
This 28th day of June, 2026

DMITRY A
ROUSSEAU

Digitally signed by
DMITRY A ROUSSEAU
Date: 2026.06.27
23:49:12 -04'00'

Dmitry Rousseau
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security