

**U.S. Immigration
and Customs
Enforcement**

July 6, 2017

MEMORANDUM FOR:     Alien File Regarding Gang Affiliation

THROUGH:            Andrew J. Borra
                    Supervisory Special Agent

FROM:               Daniel Loechner
                    Intel

SUBJECT:            Jose Moises NOLASCO ALEMAN
                    DOB: 06/02/2000
                    A# 209 484 551

## Purpose

This correspondence serves to memorialize the subject's affiliation with a violent street gang and U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigation's (HSI) classification as a Gang Member.

## Background

NOLASCO ALEMAN is a national and citizen of El Salvador. NOLASCO ALEMAN entered the United States at or near an unknown place on or about an unknown date without being admitted/inspected by an Immigration Officer. NOLASCO ALEMAN is being issued and served a Notice to Appear.

HSI Long Island, Violent Gangs and Narcotics Unit (VGNU), has been targeting transnational criminal organizations for investigation, prosecution, and dismantling. NOLASCO ALEMAN has been identified as a suspected MS-13 gang member by the Suffolk County Police Department Gang Unit.

The MS-13 gang is a large transnational criminal organization with thousands of members and associates throughout the United States, El Salvador, Honduras, Guatemala, Mexico and other countries. The MS-13 gang is among the most violent transnational street gangs in the United States; it specializes in crimes of violence, including murder, attempted murder, rape,

kidnapping, violent armed assaults, firearms offenses, weapons related crimes, drug distribution, intimidation, prostitution, extortion and robbery.

The MS-13 gang consists of cliques, or factions, located throughout the United States and is unique in that it retains is ties to its counterparts in El Salvador. MS-13 has cliques in California, Washington DC, Oregon, Alaska, Arkansas, Texas, Nevada, Utah, Oklahoma, Illinois, Michigan, Maryland, Virginia, Georgia, Florida, Massachusetts, New York and several other states.

## Criminal Record and Pattern of Criminal Gang Activity

- On April 21, 2017 NOLASCO ALEMAN was suspended from Bellport High School for flashing gang signs in the hallway of the school.

## Discussion

NOLASCO ALEMAN has been classified as a suspected MS-13 member by HSI predicated on the following.

- NOLASCO ALEMAN has been identified as a suspected member of MS-13 by the Suffolk County Police Department Gang Unit.
- NOLASCO ALEMAN associates with confirmed MS-13 gang members.
- NOLASCO ALEMAN has been witnessed using hand signs or symbols associated with MS-13.

## Conclusion

In light of NOLASCO ALEMAN's affiliation to a violent street gang, he should not be afforded any type of immigration services, relief, benefit or otherwise released from custody pending the outcome of removal proceedings.