UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE MOISES NOLASCO-ALEMAN,

*Petitioner,*

v.

TODD BLANCHE, *et al.,*

*Respondents.*

Case No. 26-cv-3812 (NJC)

**SUPPLEMENTAL
DECLARATION OF
DEPORTATION OFFICER
CRAIG LIMONCELLI**

Pursuant to 28 U.S.C. § 1746, I, Craig Limoncelli, declare under penalty of perjury that the following is true and correct:

1. I am a Deportation Officer ("DO") with U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I started as a Deportation Officer in August 2012. I am familiar with certain DHS procedures relating to the processing, removal, detention, and parole of aliens.

2. I have access to DHS and ICE files, records, and databases maintained in the ordinary course of DHS and ICE business as a regular practice. These records and databases were prepared at or near the time of the events detailed therein and were prepared by individuals who either had personal knowledge of the information contained therein or were provided with information from an individual with personal knowledge of that information.

3. Based upon my review of these records and databases, and my personal knowledge, I prepared a declaration, dated June 26, 2026, in connection with a Petition for a Writ of Habeas Corpus ("Petition") filed by Petitioner Jose Moises Nolasco-Aleman ("Petitioner"), a native and citizen of El Salvador, who is assigned Alien Number 209 484 551, as well as the instant supplemental declaration, pertaining to a document that the Court is being asked to accept for filing under seal, because it contains sensitive information as to which the Government asserts the law

enforcement privilege.

4. At approximately 12:16 p.m. on June 24, 2026, following Petitioner's arrest by ICE officers, Acting Supervisory Deportation and Detention Officer, Michael F. Damiano completed an INA § 236 Initial Custody Determination form used by the ERO New York City Field Office (also known as a "*Velesaca* worksheet") with respect to Petitioner, which stated that Petitioner had not established that he does not pose a danger to persons or property. A true and correct copy of the *Velesaca* worksheet completed with respect to Petitioner on June 24, 2026, is attached hereto. I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at Central Islip, New
York this 26th Day of June, 2026.

**CRAIG V LIMONCELLI**  Digitally signed by CRAIG V LIMONCELLI
Date: 2026.06.26 13:14:17 -04'00'

Craig Limoncelli
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security