DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

File No.: 209 484 551

Name: NOLASCO ALEMAN, JOSE MOISES

Date: Jun 29, 2026

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at DOCKET CONTROL OFFICE 26 FEDERAL PLAZA, 9TH FLOOR NEW YORK NY, 10278 on 09/29/2026 10:30 as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[ ] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

PUJOL, J7453
(A) Assistant Field Office Director
(Name and Title of ICE Official)

JOSEPH T PUJOL
Digitally signed by JOSEPH T PUJOL
DN: cn=JOSEPH T PUJOL, o=U.S. Government, ou=People, email=Joseph.T.Pujol@ice.dhs.gov, c=US
Date: 2026.06.29T18:27:56-04'0

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _Spanish_ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of ICE Official Serving Order)

(Signature of Alien)

06/29/2026
Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.

[ ] The alien was taken into custody for removal.

(Signature of ICE Official Cancelling Order)

Date

ICE Form I-220A (4/26)

Page 1 of 3

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
### (CONTINUATION PAGE)

| Alien Name | | | | Picture | Right Index Print |
|---|---|---|---|---|---|
| NOLASCO ALEMAN, JOSE MOISES | | | | | |

| File Number | | Date | |
|---|---|---|---|
| 209 484 551 | | June 29, 2026 | |

Alien's Signature

J-M-N

Alien's Telephone Number (if any)

631. 639. 76-31    (T) 5164267300

Alien's Address

245 Louise Ave

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| | D. O. |

ICE Form I-220A (4/26)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## (ADDENDUM)

File No.: 209 484 551

Name: NOLASCO ALEMAN, JOSE MOISES

Date: June 29, 2026

[X] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[X] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[X] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[X] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[X] Any violation of the above conditions will result in revocation of your employment authorization document.

[X] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[X] **Alien Registration:** The Form I-862, Notice to Appear, you have been issued serves as evidence of your alien registration pursuant to INA § 262. If you are 18 years or older, failure to carry the Form I-862 , or other evidence of alien registration as provided in 8 C.F.R. § 264.1(b), on your person at all times is a criminal offense pursuant to INA § 264(e), for which you may be subject to a criminal penalty of $5,000 and imprisonment of up to 30 days.

[X] **Notification to the Department of Homeland Security (DHS) of Change of Address:** All aliens aged 14 years or older, and all parents and legal guardians of aliens under the age of 14, must report a change of address to U.S. Citizenship and Immigration Services, a component of DHS, within 10 days of moving, pursuant to INA § 265(a). Failure to notify DHS of any change of address is a criminal offense pursuant to INA § 266(b), for which you may be subject to a criminal penalty of $5,000 and imprisonment of up to 30 days. More information is available online at **https://www.uscis.gov/addresschange. This obligation is in addition to your obligation to notify the Immigration Court of your change of address.**

[X] Other:
   Depart the United States, if ordered to do so.

X _7̃5.M_l_
   (Signature of Alien)

ICE Form I-220A (4/26)