UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JOSE MOISES NOLASCO-ALEMAN,

|  |  |
|---|---|
| Petitioner, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| TODD BLANCHE, Acting Attorney General of the United States; MARKWAYNE MULLIN, Secretary of Homeland Security; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; and BRIAN FLANAGAN, Acting Deputy Field Office Director for ICE in New York City Area, in their official capacities, | Civil Action No. 26-cv-3812 (Choudhury, J.) |
| Respondents. | |

-------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Petitioner Jose Moises Nolasco-Aleman ("Petitioner") and Respondents Todd Blanche, Acting Attorney General of the United States; Markwayne Mullin, Secretary of Homeland Security; David Venturella, Acting Director, U.S. Immigration and Customs Enforcement ("ICE"); and Brian Flanagan, Acting Deputy Field Office Director for ICE in New York City Area (collectively, "Respondents"), through their undersigned counsel that:

1. As a result of Petitioner's release from ICE detention on June 29, 2026, this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and fees;

2.  Petitioner shall comply with any court orders, including orders entered by the immigration court, and attend all court dates, including dates set by the immigration court;

3.  ICE will not re-detain Petitioner pursuant to 8 U.S.C. § 1226(a) (INA § 236(a)) (or detain Petitioner pursuant to 8 U.S.C. § 1225 (INA § 235)) and will rescind the Order of Release on Recognizance ("OREC") issued to Petitioner on June 29, 2026, absent a change in circumstances, which shall include the following:

    a.  detention to execute a removal order;

    b.  detention based upon Petitioner's violation of any local, State, or Federal laws or ordinances;

4.  The parties stipulate that the United States District Court for the Eastern District of New York shall retain jurisdiction over all disputes arising out of this stipulation and to enforce this stipulation according to its terms;

5.  The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order.

Dated: Hempstead, New York
      July 15, 2026

JADEJA-CIMONE LAW, P.C.
*Counsel for Petitioner*
50 Clinton Street, Suite 501
Hempstead, New York 11550

By:    /s/ *Carolyn M. Corrado*
        Carolyn M. Corrado, Esq.
        (516) 414-0080
        ccorrado@jadejacimone.com

*Nolasco-Aleman v. Blanche, et al.,* 26-cv-3812 (Choudhury, J.)
Stipulation and Order of Dismissal Without Prejudice Page 3 of 3

Dated: Central Islip, New York
      July 15, 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Federal Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:

MARY DICKMAN
Digitally signed by MARY DICKMAN
Date: 2026.07.15 15:35:29 -04'00'

Mary M. Dickman
Assistant U.S. Attorney
(631) 715-7863
mary.dickman@usdoj.gov

**So Ordered**

July 16, 2026

/s/ Nusrat Choudhury

HONORABLE NUSRAT J. CHOUDHURY
U.S. District Judge E.D.N.Y.